UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-20030-CIV-MARTINEZ**

PAMELA BURNS, as Personal Representative
of the Estate of Paula Smith (deceased), and
on behalf of Paula Smith's surviving children
D.B. (age 5), D.S. (age 4), and D.S. (age 2); and
DELONDRE HARRIS, individually,

    Plaintiffs,

v.

TAURUS INTERNATIONAL
MANUFACTURING, INC., and
FORJAS TAURUS, S.A.,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before the Court upon Plaintiffs' Motion to Stay Deadlines (DE 12). The parties indicate that there is a pending appeal of a prior voluntary dismissal of this matter in the Western District of Tennessee, in which the parties challenge the applicability of Tennessee law. Plaintiffs do not appear to dispute that a Tennessee statute of repose would be dispositive of their underlying claims if Defendants were to prevail on appeal.

The Court generally disfavors stays since they often pose case management difficulties for the parties and the Court, and potentially prolong litigation. Without opining on the ultimate merits of the appeal, the Court has balanced these concerns against the uncertainty regarding the ultimate viability of Plaintiffs' claims and concludes that tenets of judicial economy and efficiency weigh in favor of suspending this case until the appeal is resolved. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE 12) is **GRANTED**. This matter shall be placed in a civil suspense file until the appeal is resolved. The Clerk is directed to **CLOSE** this case for statistical purposes only. The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of the parties if/when circumstances warrant. This Order shall

not affect the parties' substantive rights. No later than **October 30, 2020**, the parties shall notify the Court of the status of the appellate proceedings.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of May, 2020.

                                                    JOSE E. MARTINEZ  
                                                    UNITED STATES DISTRICT JUDGE